AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of West Virginia

FILED

MAR 2 1 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America )
v. )
Steven Anthony Major )     Case No.
)     2:14-mj-00026
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 17 - March 20, 2014___ in the county of ___Kanawha___ in the ___Southern___ District of ___West Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115 | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Jason B. Bollinger_
*Complainant's signature*

Jason D. Bollinger, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___Mar 21, 2014___

_Dwane L. Tinsley_
*Judge's signature*

City and state: ___Charleston, West Virginia___     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

A F F I D A V I T

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Jason D. Bollinger, being first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI"). I have been a Special Agent with the FBI since October of 2003. During my time with the FBI, I have worked on numerous cases including, but not limited to, child pornography cases, white color crime cases, and terrorism cases.

2. From at least March 17, 2014 through on or about March 20, 2014, Steven Anthony Major (hereinafter "Mr. Major"), has contacted the offices of current United States Senator Joseph Manchin, III (hereinafter "Senator Manchin"), who represents the State of West Virginia. During this time period, Mr. Major made at least three calls to Senator Manchin's office in Charleston, Kanawha County, within the Southern District of West Virginia. Mr. Major also made calls to Senator Manchin's office in Washington in the District of Columbia.

3. During these calls, Mr. Major identified himself and made several violent threats to Senator Manchin and his family. During these calls, Mr. Major told Senator Manchin to stay out of the State of West Virginia and made several violent threats

including, but not limited to, the following: "You a dead man, you don't f*** with me [sic];" "Your kids and your wife are done;" "[Senator Manchin] and his family going to have bullets in their brain [sic]."

4. While many of the calls were made from blocked numbers, law enforcement was able to determine that at least one of the calls was made from an NTELOS cellular telephone, number (304) 910-2518. It was determined that this cellular telephone number was registered to Mr. Major. Additionally, Senator Manchin's staff has indicated that they recognize the voice of the caller from the calls with blocked phone numbers as the same person who called from the cellular phone number listed above.

5. Based on the information obtained throughout the investigation and my experience as a Special Agent with the FBI, Mr. Major has acted in violation of 18 U.S.C. § 115 (a)(1)(B).

Further your affiant sayeth naught.

Jason D. Bollinger, FBI

Sworn to before me, and subscribed in my presence, this 21st day of March 2014.

Dwane L. Tinsley
United States Magistrate Judge