UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2013-2
April 15, 2014 SESSION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:14-cr-00077
                                      18 U.S.C. § 115

STEVEN MAJOR

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about March 17, 2014, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant STEVEN MAJOR did knowingly threaten to murder Joseph Manchin, III, United States Senator representing the State of West Virginia (hereinafter "Senator Manchin"), with intent to impede, intimidate, or interfere with Senator Manchin while Senator Manchin was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT TWO

On or about March 18, 2014, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant STEVEN MAJOR did knowingly threaten to murder Joseph Manchin, III, United States Senator representing the State of West Virginia (hereinafter "Senator Manchin"), with intent to impede, intimidate, or interfere with Senator Manchin while Senator Manchin was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

On or about March 20, 2014 at approximately 10:55 p.m., at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant STEVEN MAJOR did knowingly threaten to murder Joseph Manchin, III, United States Senator representing the State of West Virginia (hereinafter "Senator Manchin"), with intent to impede, intimidate, or interfere with Senator Manchin while Senator Manchin was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR

On or about March 20, 2014 at approximately 10:57 p.m., at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant STEVEN MAJOR did knowingly threaten to murder Joseph Manchin, III, United States Senator representing the State of West Virginia (hereinafter "Senator Manchin"), with intent to impede, intimidate, or interfere with Senator Manchin while Senator Manchin was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

R. BOOTH GOODWIN II
United States Attorney

By: _____
C. Haley Bunn
Assistant United States Attorney